FILED by _____
ELECTRONIC

**Apr. 24, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

# 09-80617-Civ-MARRA/JOHNSON

SUNBEAM PRODUCTS, INC.,

     Plaintiff,

vs.

MR. COFFEE & TEA, INC.

     Defendant.

_____/

## COMPLAINT

Plaintiff SUNBEAM PRODUCTS, INC. ("Sunbeam" or "Plaintiff"), by and through undersigned counsel, and for its Complaint against Defendant MR. COFFEE & TEA, INC. ("Defendant"), alleges as follows:

## SUMMARY OF ACTION

This action seeks injunctive relief and an award of damages against Defendant for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), unfair competition and trademark infringement under state and common law of Florida, and injury to business reputation under Florida law. Sunbeam is the owner of numerous trademarks in the United States, and is the owner of over 50 world-wide registrations, regarding the trademark of "Mr. Coffee." The "Mr. Coffee" trademarks are registered and used by Sunbeam in connection with a wide variety of home appliances and coffee products, including decanters, coffee brewers, coffee and

other related goods and services. Through the use of the aforementioned trademarks, Sunbeam has developed valuable goodwill and consumer recognition with respect that is directly linked to the "Mr. Coffee" marks. Further, by virtue of the quality of its products and services, Sunbeam has gained a valuable reputation that is inextricably linked to its use of the "Mr. Coffee" marks.

Defendant recently began operating under the name "Mr. Coffee & Tea" at its retail location at 801 N Congress Ave, Boynton Beach, FL 33426. Sunbeam has demanded that Defendant cease infringing on Sunbeam's "Mr. Coffee" marks, but Defendant has refused to comply. Defendant's use of the name "Mr. Coffee" dilutes the value of Sunbeam's trademark and directly damages Sunbeam.

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and 1338(b). This Court also has supplemental jurisdiction over the state law claims included herein pursuant to 28 U.S.C. § 1367, as such claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy.

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## THE PARTIES

3.     Sunbeam is a Delaware corporation having its principal place of business located at 2381 Executive Center Drive, Boca Raton, FL 33431.

4.     Defendant is a Florida for-profit corporation with its principal place of business located at 801 N Congress Avenue, Boynton Beach, FL 33426.

2

## FACTUAL ALLEGATIONS

### Sunbeam and Sunbeam's Trademarks

5.     Sunbeam has nine (9) trademarks registered in the United States covering the trademark of "Mr. Coffee" (hereinafter the "MR. COFFEE marks"). Copies of the Mr. Coffee Marks are attached hereto as **Composite Exhibit "A."**

6.     Sunbeam utilizes the MR. COFFEE marks in connection with a variety of home appliances and coffee products, including, but not limited to, decanters, coffee brewers, coffee, and other goods and services related thereto.

7.     Sunbeam has developed and acquired valuable goodwill and consumer recognition with respect to the MR. COFFEE marks. Further, by virtue of the quality of its goods and services, Sunbeam has already gained a valuable reputation for the services offered under its use of the MR. COFFEE marks.

8.     The MR. COFFEE marks are known throughout the world and are inextricably associated with coffee and coffee products.

9.     The value of the MR. COFFEE marks is derived in large part from the distinctiveness thereof and from Sunbeam's ability to control the quality of the goods and services put out under the MR. COFFEE marks.

### Defendant's Infringing Activities

10.     Defendant recently began using the mark Mr. Coffee in connection with the sale of coffee products and the provision of coffee related services. Specifically, Defendant owns and operates a retail store at 801 N Congress Avenue, Boynton Beach, FL 33426 that holds itself out to the public under the name "Mr. Coffee".

3

11.    In addition, Defendant has incorporated in Florida under the name "Mr. Coffee & Tea, Inc.," which is itself an improper and unauthorized use of the MR. COFFEE marks.

12.    Such use dilutes and diminishes the value of Sunbeam's MR. COFFEE mark and directly damages Sunbeam and its interest in the MR. COFFEE marks.

13.    In particular, Defendant's continued use of the confusingly similar (and, in fact, identical) "Mr. Coffee" name to sell its coffee products and related services creates a likelihood confusion as to the source of the products and services being sold under the "Mr. Coffee" name and falsely suggests that such services are sponsored, licensed, approved by or otherwise connected to Sunbeam and/or Sunbeam's ownership of the MR. COFFEE marks.

### Sunbeam's Cease and Desist Letter

14.    On May 21, 2008, Sunbeam sent a letter to Defendant demanding that it immediately cease and desist all further unauthorized use of Sunbeam's intellectual property, namely, the MR. COFFEE marks.  On April 20, 2009, Sunbeam sent a second letter to Defendant demanding that it immediately cease and desist all further unauthorized use of Sunbeam's intellectual property, namely, the MR. COFFEE marks and indicated that Sunbeam intended to file suit in the District Court in and for the Southern District of Florida if Defendant refused to comply with the demands within the April 20, 2009 letter.

15.    Defendant has failed and refused to comply and continues to this day to use the MR. COFFEE mark.

4

16.     By its actions, Defendant is engaging in unlawful activity and acting in bad faith, with a willful and deliberate intent to infringe upon Sunbeam's MR. COFFEE marks, deceive consumers, and to injure the distinctiveness of the MR. COFFEE marks.

## COUNT I
### Unfair Competition and False Designation of Origin
### (Lanham Act § 43(a), 15 U.S.C. § 1125(a))

17.     Sunbeam realleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs of this Complaint.

18.     Defendant has used and is continuing to use the MR. COFFEE marks in connection with its commercial activities as a seller of coffee and coffee related products.

19.     In particular, Defendant is marketing and promoting itself to the public at large as a purveyor of coffee and coffee related products; the same classes and types of products sold by Sunbeam in conjunction with the MR. COFFEE marks. Defendant's unlawful conduct has caused, and is likely to continue to cause confusion, mistake, or deception as to the origin, sponsorship, approval or association of Defendant's coffee related business in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

20.     At all times relevant hereto, Defendant had actual and/or constructive notice of Sunbeam's ownership and exclusive right to use the MR. COFFEE marks. Notwithstanding such notice, Defendant adopted and is continuing to use an identical "Mr. Coffee" name for its retail store located at the Palm Beach Mall, and is refusing to cease and desist its unauthorized use of the MR. COFFEE marks, thereby willfully and deliberately violating Sunbeam's established rights in such trademarks.

5

21.    As a result of Defendant's actions, MR. COFFEE has suffered and is continuing to suffer irreparable harm, loss of reputation, and monetary damages. Unless enjoined by this Court, Defendant will continue to willfully, deliberately, and unfairly compete with Sunbeam and infringe upon the MR. COFFEE marks.

## COUNT II
### State and Common Law Trademark Infringement and Unfair Competition
### (Florida Statutes §§ 495.131, 501.201 et seq.)

22.    Sunbeam realleges and incorporates herein by reference each of the allegations contained in the paragraphs 1 though 16 of this Complaint.

23.    The use by Defendant of the name "Mr. Coffee" in the marketing, promotion, distribution, advertising, offering for sale, and sale of coffee, coffee related services, and coffee related products is confusingly similar, and is in fact identical, to Sunbeam's MR. COFFEE marks.

24.    Defendant markets its products and services to the same or similar customers as those of Sunbeam, such that Defendant's actions constitute service mark infringement and are likely to cause confusion and mistake in the minds of members of the trade and the consuming public as to the source or origin of the products and services in violation of Sunbeam's rights under Florida statutory and common law.

25.    Specifically, Defendant's use of the "Mr. Coffee" name misleads consumers into believing that the products and services provided by Defendant are rendered, sponsored, otherwise approved by, or originate from, or are otherwise connected with Sunbeam and/or the MR. COFFEE marks. Therefore, Defendant's acts

have damaged and impaired Sunbeam's goodwill symbolized by the MR. COFFEE marks.

26.     Defendant's acts have caused Sunbeam irreparable injury, loss of reputation, and monetary damages.   Unless enjoined by this Court, Defendant will continue to willfully, deliberately, and unfairly compete with Sunbeam and infringe the MR. COFFEE marks to Sunbeam's immediate and irreparable damage.

### COUNT III
### Injury to Business Reputation
### (Florida Statutes § 495.151)

27.     Sunbeam realleges and incorporates herein by reference each of the allegations contained in the paragraphs 1 though 16 of this Complaint.

28.     Sunbeam's use of the name "Mr. Coffee" and the MR. COFFEE marks are distinctive and famous within Florida.

29.     Defendant's unauthorized use of the "Mr. Coffee" name and the MR. COFFEE marks is not covered by the doctrine of fair use, is not of a noncommercial nature, and is not for the purpose of news reporting or commentary.

30.     Defendant's improper acts and unfair competition complained of herein have caused Sunbeam irreparable injury to its business reputation and goodwill associated with the Mr. Coffee name and the MR. COFFEE marks. Unless enjoined by this Court, Defendant will continue to willfully, deliberately, and unfairly damage Sunbeam's business reputation.

## RELIEF REQUESTED

WHEREFORE, Plaintiff, SUNBEAM PRODUCTS, INC., prays for judgment against Defendant as follows:

(a)    Under 15 U.S.C. § 1116, Defendant and its agents, representatives, servants, employees, attorneys, officers, directors, shareholders, licensees, affiliates, joint venturers, parents, subsidiaries, related corporations and others in privity and acting in concert with it be preliminary enjoined and restrained, at first during the pendency of this action and, thereafter, permanently:

(i)    Using the MR. COFFEE marks and any other mark containing or consisting, in whole or in part, of the term MR. COFFEE, and any other mark confusingly similar to the MR. COFFEE marks, including, but not limited to, the "Mr. Coffee" name, in the marketing, promotion, distribution, advertising, offering for sale and/or sale of coffee or coffee related products and services, or any other products or services that may reasonably be encompassed by the MR. COFFEE marks including, but not limited to, any use in connection with the operation of a web site, wholesale operation, or retail operation where such products or services are offered for sale, advertised, sold, or otherwise provided;

(ii)    Using any service mark, trademark, trade name, trade dress, word, domain name, number, abbreviation, design, color, arrangement, collocation, form of advertisement, or any combination thereof, which would imitate, resemble or suggest the MR. COFFEE marks;

(iii)    Otherwise infringing the MR. COFFEE marks;

8

(iv)   Publishing any telephone, directory, or Internet listing using the MR. COFFEE marks, and any other mark confusingly similar to the MR. COFFEE marks, including, but not limited to, the "Mr. Coffee" name, in the marketing promotion, distribution, advertising, offering for sale and/or sale of coffee or coffee related products and services, or any other products or services that may reasonably be encompassed by the MR. COFFEE marks or which may constitute a natural zone of expansion for the MR. COFFEE marks;

(b)   Under 15 U.S.C. § 1118, Defendant be directed to deliver up for destruction all advertisements, labels, signs, prints, packages, wrappers, receptacles, computer memory, data, computer programs, software, or any other media, and all other materials in its possession or under its control bearing the MR. COFFEE marks (including, but not limited to, "Mr. Coffee," "Mr. Coffee, Inc." or "Mr. Coffee & Tea, Inc." or any other item containing the term Mr. Coffee, or any reproduction, counterfeit, copy or colorable imitation of the MR. COFFEE marks, and all plates, molds, matrices, and other means of making or duplicating the same.

(c)   Under 15 U.S.C. § 1117, Defendant account and pay to Sunbeam damages in an amount sufficient to compensate it fairly for the injury it sustained, plus all profits that are attributable to Defendant's providing of its coffee and coffee related products and services under its infringing mark, and further that the amount of the monetary award be trebled in view of the willful and deliberate nature of Defendant's unlawful conduct;

(d)   Under 15 U.S.C. § 1117, Defendant be ordered to pay Sunbeam its attorneys' fees and costs; and

(e)   Any further relief as this Court may deem equitable and proper, including, but not limited to, any relief set forth under the Florida Statutes §§ 495.141, 495.151.

DATED this 2ℓ day of April, 2009.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Plaintiff*
777 South Flagler Drive - Suite 300 East
West Palm Beach, Florida 33401
Telephone:  (561) 650-7900
Facsimile:  (561) 655-6222

By: _____
MARK F. BIDEAU, ESQ.
Florida Bar No.  564044
Email:  bideaum@gtlaw.com
PATRICK G. DEMPSEY, ESQ.
Florida Bar No. 0027676
Email:  dempseyp@gtlaw.com

*WPB 381,992,415v1 4-24-09*

Int. Cl.: 11

Prior U.S. Cl.: 21, 31

Reg. No. 1,018,778
Registered Aug. 26, 1975

## United States Patent Office

### TRADEMARK
Principal Register

## MR. COFFEE

North American Systems, Inc. (Ohio corporation)
20515 Shaker Blvd.
Cleveland, Ohio   44122

For: COFFEE BREWERS AND DISPOSABLE COFFEE FILTERS, in CLASS 11 (U.S. CLS. 21 and 31).
First use at least as early as Jan. 1, 1973; in commerce at least as early as Jan. 1, 1973.
The word "Coffee" is disclaimed apart from the mark.
Owner of Reg. No. 942,474.

Ser. No. 22,114, filed May 22, 1974.

CHARLES R. FOWLER, Supervisory Examiner
J. TINGLEY, Examiner


EXHIBIT
A
COMPOSITE

Int. Cl.: 21

Prior U.S. Cl.: 2

## United States Patent Office

Reg. No. 1,089,737

Registered Apr. 18, 1978

## TRADEMARK
### Principal Register

# MR. COFFEE

North American Systems, Inc. (Ohio corporation)
24700 Miles Road
Bedford Heights, Ohio   44146

For: DECANTERS, in CLASS 21 (U.S. CL. 2).

First use at least as early as Oct. 26, 1972; in commerce at least as early as Oct. 26, 1972.

The right to the exclusive use of "Coffee" is disclaimed apart from the mark as shown.

Ser. No. 131,669, filed June 24, 1977.

BEATRIZ STACK, Examiner

Int. Cl.: 11

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

Reg. No. 1,142,407
Registered Dec. 9, 1980

## TRADEMARK
Principal Register

## MR. COFFEE

North American Systems, Inc. (Ohio corporation)
24700 Miles Rd.
Bedford Hts., Ohio 44146

For: ELECTRIC DOMESTIC WARMING PLATES, in CLASS 11 (U.S. Cl. 21).

First use May 9, 1978; in commerce May 9, 1978.

Owner of U.S. Reg. Nos. 997,924, 1,089,737 and others.

Applicant disclaims the word "Coffee" apart from the mark as shown.

Ser. No. 193,503, filed Nov. 16, 1978.

ABRAM I. SACHS, Primary Examiner

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,343,074

## United States Patent and Trademark Office   Registered June 18, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## MR. COFFEE

NORTH AMERICAN SYSTEMS, INC. (OHIO CORPORATION)
24700 MILES ROAD
BEDFORD, OH 44146

FOR: COFFEE, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11-17-1970; IN COMMERCE 11-17-1970.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 511,633, FILED 12-3-1984.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cl.: 52

**United States Patent and Trademark Office**

Reg. No. 1,651,275
Registered July 23, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## MR. COFFEE

MR. COFFEE, INC. (DELAWARE CORPORA-
TION)
24700 MILES ROAD
BEDFORD HEIGHTS, OH 441461300

FOR: CLEANING COMPOSITIONS FOR
COFFEE AND/OR TEA BREWING APPARA-
TUS, IN CLASS 3 (U.S. CL. 52).

FIRST USE 2-1-1989; IN COMMERCE
2-1-1989.
OWNER OF U.S. REG. NOS. 1,018,778, 1,395,731
AND OTHERS.

SER. NO. 74-071,085, FILED 6-20-1990.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 31 and 34

## United States Patent and Trademark Office

Reg. No. 1,875,877
Registered Jan. 24, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

## MR. COFFEE

MR. COFFEE, INC. (DELAWARE CORPORA-
TION)
24700 MILES ROAD
BEDFORD HEIGHTS, OH 441461399

FOR: KITCHEN APPLIANCES; NAMELY,
WATER FILTERING UNITS FOR PRODUCING
POTABLE WATER FOR DOMESTIC USE,
ELECTRIC JUICERS, ELECTRIC MUG AND
CARAFE WARMERS, AND ELECTRIC HAND

HELD BLENDERS, IN CLASS 11 (U.S. CLS. 31
AND 34).
FIRST USE 0–0–1978; IN COMMERCE
0–0–1978.
OWNER OF U.S. REG. NOS. 1,018,778,
1,089,737, AND 1,142,407.

SN 74–199,849, FILED 9–3–1991.

CARYN HINES, EXAMINING ATTORNEY

Int. Cls.: 7 and 11

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

Reg. No. 2,112,586

## United States Patent and Trademark Office

Registered Nov. 11, 1997

### TRADEMARK
### PRINCIPAL REGISTER

### MR. COFFEE

HEALTH O METER, INC. (DELAWARE CORPORATION)
24700 MILES ROAD
BEDFORD HEIGHTS, OH 44146 BY MERGER WITH MR. COFFEE, INC. (DELAWARE CORPORATION) BEDFORD HEIGHTS, OH 441461399

FOR: ELECTRIC BURR MILL GRINDERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

FOR: PORTABLE ELECTRIC BREAD BAKERS FOR DOMESTIC USE; ELECTRIC HOT PLATES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-0-1989; IN COMMERCE 10-0-1989.

OWNER OF U.S. REG. NOS. 1,018,778, 1,651,275, AND OTHERS.

SN 74-540,904, FILED 6-22-1994.

RICHARD A. STRASER, EXAMINING ATTORNEY

U.S. Patent and Trademark Office (USPTO)

## NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 703-746-3400. Please include the serial number of your application on ALL correspondence with the USPTO.

### ISSUE DATE:  Mar 15, 2005

Lawrence J. Shurupoff                                    ATTORNEY
Sunbeam Products, Inc.                              REFERENCE NUMBER
2381 Executive Center Drive
Boca Raton, FL 33431                                   Mrcofe-4-812

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:              78/252420
MARK:                       MR. COFFEE
OWNER:                      Sunbeam Products, Inc.
                            2381 Executive Center Drive
                            Boca Raton , FLORIDA  33431
This application has the following bases, but not necessarily for all listed goods/services:
      Section 1(a): NO              Section 1(b): YES          Section 44(e): NO

#### GOODS/SERVICES BY INTERNATIONAL CLASS

035 –      Retail store services featuring coffee and coffee products from coffee kiosks and drive through windows

043 –      Coffee houses and restaurant services

### ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Int. Cls.: 7, 11, 16 and 21

Prior U.S. Cls.: 2, 5, 13, 19, 21, 22, 23, 29, 30,
31, 33, 34, 35, 37, 38, 40 and 50

Reg. No. 2,422,947

## United States Patent and Trademark Office

Registered Jan. 23, 2001

### TRADEMARK
### PRINCIPAL REGISTER

# MR. C⊕FFEE

SIGNATURE BRANDS, INC. (OHIO CORPORATION)
2381 EXECUTIVE CENTER DRIVE
BOCA RATON, FL 33431

FOR: ELECTRIC COFFEE GRINDERS FOR DO-MESTIC USE; AND ELECTRIC HAND HELD BLEND-ERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1974; IN COMMERCE 1-0-1977.

FOR: ELECTRIC COFFEE MAKERS FOR DOMES-TIC USE, ELECTRIC DOMESTIC WARMING PLATES, ELECTRIC HOT PLATES, KITCHEN APPLI-ANCES, NAMELY, WATER FILTERING UNITS FOR PRODUCING POTABLE WATER FOR DOMESTIC USE, ELECTRIC JUICERS, ELECTRIC MUG AND CARAFE WARMERS, ELECTRIC CAPPUCCINO AND ESPRESSO MAKERS FOR DOMESTIC USE; DESIC-CATING UNITS FOR PRODUCING DRIED FOOD; ELECTRIC POTATO BAKERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 0-0-1974; IN COMMERCE 1-0-1977.

FOR: DISPOSABLE PAPER FILTERS FOR COFFEE MAKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1974; IN COMMERCE 1-0-1977.

FOR: DECANTERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1974; IN COMMERCE 1-0-1977.

OWNER OF U.S. REG. NOS. 1,018,778, 2,112,586 AND OTHERS.

SER. NO. 75-767,549, FILED 8-4-1999.

JULIE WATSON, EXAMINING ATTORNEY

09-80617-Civ-MARRA/JOHNSON    Entered on FLSD Docket 04/27/2009    Page 21 of 21    D.C.
Case 9:09-cv-80617-KAM Document 1    FILED by
ELECTRONIC

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    **NOTICE: Attorneys MUST Indicate All Re-filed**

**Apr. 24, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## I. (a) PLAINTIFFS

SUNBEAM PRODUCTS, INC.

## DEFENDANTS

MR. COFFEE & TEA, INC.

(b) County of Residence of First Listed Plaintiff    **Palm Beach**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    **Palm Beach**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Greenberg Traurig, P.A.    Telephone: (561) 650-7900
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL 33401

Attorneys (If Known)

(d) Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

09 CV 80617 KAM/LRJ

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R. R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed-(see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

15 U.S.C. § 1125(a) - Lanham Act violation for misuse/infringement of trademark

LENGTH OF TRIAL via _1_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   n/a

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  4/24/09

FOR OFFICE USE ONLY

AMOUNT  350    RECEIPT #  725751    IFP